[L. A. No. 13891. In Bank.—March 7, 1933.]

S. E. CHIAPELLA, Appellant, v. COUNTY NATIONAL BANK AND TRUST COMPANY OF SANTA BARBARA, Administrator, etc., Respondent.

James Donovan for Appellant.

Griffith & Thornburgh for Respondent.

THE COURT.—The lower court dismissed this cause for want of jurisdiction.

A suit upon a rejected claim is not an exercise of probate jurisdiction. The action is upon the contract and venue is determined as in other civil cases. (*McLean* v. *Crow,* 88 Cal. 644, 647 [26 Pac., 596]; *Gallagher* v. *McGraw,* 132 Cal. 601 [26 Pac. 596].) Such a suit is also recognized as a transitory action. It follows the person of the defendant and may be tried in a county other than that wherein the estate is being probated. (*Thompson* v. *Wood,* 115 Cal. 301 [64 Pac. 1080].)

The order is affirmed.